IN RE: TAMERA M. SMITH                              CASE NO. 10-12414

| | | **BANK OF AMERICA** | CHECK NUMBER |
|---|---|---|---|
| Claim 000003, Payment 0.65% | | 32-1/1110 TX 0 | **1006** |
| TGMC | Barbara Rivera-Fulton, Trustee | DATE | AMOUNT |
| P O Box 6037 | P.O. BOX 19980 | 10/25/11 | ***********2.21 |
| Houma, LA 70361 | New Orleans, LA 70179 | | |

Acct.929200241

**1987025**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 10-12414 | A | Debtor: SMITH, TAMERA M. |

United States Bankruptcy Court
LA
500 Poydras St. B-601
New Orleans, LA 70130

*Two Dollars And 21/100*

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001006⑈ ⑆111000012⑆ 443798005 8⑈

10/27/11
DEPOSITED TO 106000,
UNCLAIMED UNDER $25.00
DUE: TGMC

```
UNITED  STATES
BANKRUPTCY  COURT
EASTERN DISTRICT OF LOUISIANA
    NEW ORLEANS DIVISION

#  229273    -  KW
*  *  C O P Y  *  *
  October 27, 2011
      15:14:23
```

```
   UNC.UNDER$25
      10-12414
Debtor.: TAMERA M. SMITH
Trustee: Barbara Rivera-Fulton
Amount.:              $2.21 CH
Check#.: 1006
```

Total -> $2.21

FROM: RIVERA-FULTON

Date:  10/25/11

**DIVIDENDS REMITTED TO THE COURT**

Page: 1

Case Number 10-12414 - SMITH, TAMERA M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **TGMC**<br>P O Box 6037<br>**Houma, LA 70361**<br>  Acct.929200241 | **000003** | 337.63 | **2.21** |
| ---------- Remittance Total --------------- | | 337.63 | 2.21 |

*[signature: Barbara Rivera-Fulton]*

Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1

Printed: 10/25/11 05:10 PM   Ver: 16.04d